UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER B. F., | ) | CIVIL ACTION NO. 4:23-CV-0409 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MICHELLE KING, *Acting* | ) | |
| *Commissioner of Social Security*, | ) | |
| Defendant | ) | |

# **ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Commissioner is AFFIRMED.

(2) Final judgment will be issued pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of the Commissioner by separate order.

(3) The Clerk of Court is DIRECTED to close this case.

Date: January 31, 2025         BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge